IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MYKIEA MILLER, #272 920, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-868-TMH ) |
| WARDEN BOYD, *et al.*, | ) ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #39) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #39) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 16th day of May, 2012.

    /s/   Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE